## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

IN RE:

**ROBERT WAYNE BAKER**                    CASE NO. 14-40244
                                          (Chapter 7)

**Debtor**

_____

### TRUSTEE'S MOTION TO APPOINT ATTORNEY

Wayne Sigmon, Trustee (hereinafter "Trustee") respectfully represents:

1. This is a Chapter 7 case in which Wayne Sigmon is Trustee.

2. The Trustee has reviewed the administration necessary in this estate and has determined that there are significant legal matters which will require resolution.

3. It is in the best interest of the estate that the Trustee retain an attorney to assist him in the administration of this estate.

4. The Trustee wishes to retain the services of Sigmon & Henderson PLLC as his attorney.

WHEREFORE, the Trustee respectfully prays that Sigmon & Henderson PLLC be appointed as attorney for the Trustee.

Dated: 6/18/14

_____
Wayne Sigmon, Trustee

OF COUNSEL:
Wayne Sigmon
Sigmon & Henderson PLLC
518 South New Hope Road
Gastonia, NC 28054
704-865-6265

## CERTIFICATE OF SERVICE

The undersigned certifies that the pleading or paper to which this Certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service this the _18_ day of ___Ju___, 2014.

_____
Wayne Sigmon, *Attorney*

VIA ELECTRONIC NOTIFICATION FROM THE BANKRUPTCY COURT:

Bankruptcy Administrator
402 West Trade Street #200
Charlotte, NC  28202-1627

**AFFIDAVIT OF PROPOSED ATTORNEY**

I, Wayne Sigmon of Sigmon & Henderson PLLC (hereinafter "Wayne Sigmon") hereby make solemn oath:

1.  I am an attorney and counselor at law, duly admitted to practice in the State of North Carolina and in this Court.

2.  Wayne Sigmon maintains an office for the practice of law at 518 South New Hope Road, Gastonia, North Carolina, 28054.

3.  Wayne Sigmon has no connection with the debtor, its creditors, or any other party in interest herein, or their respective attorneys.

4.  Wayne Sigmon represents no interest adverse to the debtor herein or its estate in the matters upon which I am to be engaged.

Dated: __6/18/14__       _____
Wayne Sigmon
Sigmon & Henderson PLLC
518 South New Hope Road
Gastonia, NC 28054
704-865-6265