**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Case No:    14-40244    JCW    Judge: J. CRAIG WHITLEY
Case Name:    BAKER, ROBERT WAYNE

Trustee Name:    WAYNE SIGMON, TRUSTEE
Date Filed (f) or Converted (c):    05/12/14 (f)
341(a) Meeting Date:    06/13/14

For Period Ending:  12/31/14

Claims Bar Date:    09/17/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. House and lot located at 290 Triple H Lane, Linclo | 41,376.50 | 0.00 | | 0.00 | FA |
| 2. Debtor owns 2 vacant lots located at Brick House R | 40,000.00 | 27,000.00 | | 0.00 | 27,000.00 |
| 3. Carolina Trust Bank | 180.00 | 0.00 | | 0.00 | FA |
| 4. Dresser $35.00 and TV $20.00 | 50.00 | 0.00 | | 0.00 | FA |
| 5. wrenches and screwdrivers $50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 6. Debtor's clothing | 250.00 | 0.00 | | 0.00 | FA |
| 7. Single Shot shot gun $60.00;  one 22 Rifle $60.00, | 140.00 | 140.00 | | 0.00 | 140.00 |
| 8. Shot Gun $90.00 | 90.00 | 0.00 | | 0.00 | FA |
| 9. Packing & Printing, Inc. Retirement Savings Plan ( | 17,778.66 | 0.00 | | 0.00 | FA |
| 10. Debtor is owed $347.00 for 2013 State Income Taxes | 347.00 | 347.00 | | 0.00 | 347.00 |
| 11. 1987 Ford F150 2D Regualr Cab Lariat Car Max Value | 100.00 | 100.00 | | 0.00 | 100.00 |
| 12. 1997 Chevrolet Tahoe 4D Sport Utility with 5.7L en | 300.00 | 300.00 | | 0.00 | 300.00 |
| 13. 1998 Nissan Pathfinder 2 wheel drive with 225,00 m | 900.00 | 0.00 | | 0.00 | FA |
| 14. 2006 Harley Davidson FXDBI Apraisal of $5200 from | 5,200.00 | 200.00 | | 0.00 | 200.00 |
| 15. Push mover $50.00 | 50.00 | 50.00 | | 0.00 | 50.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $106,812.16    $28,137.00    $0.00    $28,137.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE ESTATE HAS REAL PROPERTY LISTED FOR SALE.

Initial Projected Date of Final Report (TFR): 06/30/15    Current Projected Date of Final Report (TFR): 06/30/15

Ver: 18.03b