**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

**IN RE:**

**ROBERT WAYNE BAKER**                          **CASE NO. 14-40244**
                                                        **(Chapter 7)**


            **Debtor**

_____

                    **REPORT OF SALE**

OMB Approval No. 2502-0265



# A. Settlement Statement (HUD-1)

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower: | E. Name and Address of Seller: | F. Name and Address of Lender: |
|---|---|---|
| Angel Deanna Marie Millwood<br>356 Brookshire Drive<br>Gaffney, SC | Wayne Sigmon Trustee in and<br>Bankruptcy for Robert W. Baker<br>518 S. New Hope Road<br>Gastonia, NC 28054 | |

| G. Property Location:<br>15.5 acres on Bancroft Road<br>Gaffney, SC<br>F9 County, South Carolina<br>15.5 acres on Hancroft Road<br>Gaffney, SC | H. Settlement Agent:<br>Ronald H. Colvin, Attorney at Law<br>1208 John B. White Sr. Blvd.<br>Spartanburg, SC 29306      Ph.  864-587-6711<br>Place of Settlement:<br>1208 John B. White Sr. Blvd.<br>Spartanburg, SC 29306 | I. Settlement Date:<br>September 25, 2015 |

| J.    Summary of Borrower's transaction | | K.    Summary of Seller's transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower: | | 400. Gross Amount Due to Seller: | |
| 101. Contract sales price | 27,000.00 | 401. Contract sales price | 27,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement Charges to Borrower (Line 1400) | 1,006.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by Seller in advance** | | **Adjustments for items paid by Seller in advance** | |
| 106. City/Town Taxes            to | | 406. City/Town Taxes            to | |
| 107. County Taxes            to | | 407. County Taxes            to | |
| 108. Assessments            to | | 408. Assessments            to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | 28,006.00 | **420. Gross Amount Due to Seller** | 27,000.00 |
| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions in Amount Due Seller:** | |
| 201. Deposit or earnest money | 1,350.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to Seller (Line 1400) | 1,629.90 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage | |
| 205. | | 505. Payoff Second Mortgage | |
| 206. | | 506. Dep. retained ($1,350.00) | 1,350.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by Seller** | | **Adjustments for items unpaid by Seller** | |
| 210. City/Town Taxes            to | | 510. City/Town Taxes            to | |
| 211. County Taxes            to | | 511. County Taxes            to | |
| 212. Assessments            to | | 512. Assessments            to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | 1,350.00 | **520. Total Reduction Amount Due Seller** | 2,979.90 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at settlement to/from Seller** | |
| 301. Gross amount due from Borrower (line 120) | 28,006.00 | 601. Gross amount due to Seller (line 420) | 27,000.00 |
| 302. Less amount paid by/for Borrower (line 220) | ( 1,350.00) | 602. Less reductions due Seller (line 520) | ( 2,979.90) |
| **303. Cash** ☒ From ☐ To Borrower | 26,656.00 | **603. Cash** ☒ To ☐ From Seller | 24,020.10 |

* Paid outside of closing by borrower(B), seller(S), lender(L), or third party(T)

The undersigned hereby acknowledge receipt of a completed copy of this statement & any attachments referred to herein

## L. Settlement Charges

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| **700. Total Real Estate Broker Fees** | $ 2,700.00 | | | |
| *Division of commission (line 700) as follows:* | | | | |
| 701. $ 1,350.00   to   Metcalf Land Company | | | | |
| 702. $ 1,350.00   to   Bowers and Associates Real Est | | | | |
| Note: Line 702 Includes Adjustment of   0.00   For | | | | |
| 703. Commission paid at settlement | | | | 1,350.00 |
| 704. Deposit Ret'd By Listing Agent   to  Metcalf Land Company | $1350.00 (POC) | | | |
| **800. Items Payable in Connection with Loan** | | | | |
| 801. Our origination charge | $ | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ | (from GFE #2) | | |
| 803. Your adjusted origination charges | | (from GFE #A) | 0.00 | |
| 804. Appraisal fee   to | | (from GFE #3) | | |
| 805. Credit Report   to | | (from GFE #3) | | |
| 806. Tax service   to | | (from GFE #3) | | |
| 807. Flood certification   to | | (from GFE #3) | | |
| 808. | | (from GFE #3) | | |
| 809. | | (from GFE #3) | | |
| 810. | | (from GFE #3) | | |
| 811. | | (from GFE #3) | | |
| **900. Items Required by Lender to Be Paid in Advance** | | | | |
| 901. Daily interest charges from   to   @ $/day | | (from GFE #10) | | |
| 902. MIP Tot Ins. for Life of Loan   months to | | (from GFE #3) | | |
| 903. Homeowner's insurance for   years to | | (from GFE #11) | | |
| 904. | | (from GFE #11) | | |
| 905. | | (from GFE #11) | | |
| **1000. Reserves Deposited with Lender** | | | | |
| 1001. Initial deposit for your escrow account | | (from GFE #9) | | |
| 1002. Homeowner's insurance   months @ $   per month | $ | | | |
| 1003. Mortgage insurance   months @ $   per month | $ | | | |
| 1004. Property taxes | $ | | | |
| 1005. | $ | | | |
| 1006.   months @ $   per month | $ | | | |
| 1007.   months @ $   per month | $ | | | |
| 1008. | $ | | | |
| 1009. | $ | | | |
| **1100. Title Charges** | | | | |
| 1101. Title services and lender's title insurance | | (from GFE #4) | 745.00 | 175.00 |
| 1102. Settlement or closing fee   to  Ronald H. Colvin, Attorney at Law | $   400.00 | | | |
| 1103. Owner's title insurance to Old Republic National Title Insurance Company | | (from GFE #5) | 100.00 | |
| 1104. Lender's title insurance to Old Republic National Title Insurance Company | $ | | | |
| 1105. Lender's title policy limit   $ | | | | |
| 1106. Owner's title policy limit   $   27,000.00 | | | | |
| 1107. Agent's portion of the total title insurance premium   to Ronald H. Colvin, Attorney at Law   $   60.00 | | | | |
| 1108. Underwriter's portion of the total title insurance premium to Old Republic National Title Insurance Company $   40.00 | | | | |
| 1109. Title Binder   to  Ronald H. Colvin, Attorney at Law | $ | | 150.00 | 0.00 |
| 1110. | $ | | | |
| 1111. | $ | | | |
| 1112. | $ | | | |
| 1113. | $ | | | |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Government recording charges   to  Register of Deeds | (from GFE #7) Mortgage Cancellation | | 11.00 | |
| 1202. Deed $   11.00   Mortgage $   Releases $   5.00   Other $ | | | | 5.00 |
| 1203. Transfer taxes | | (from GFE #8) | | |
| 1204. City/County tax/stamps   $   99.90   $ | | | | 99.90 |
| 1205. State tax/stamps   $   $ | | | | |
| 1206.   Recorder's Office | | | | |
| 1207. | | | | |
| **1300. Additional Settlement Charges** | | | | |
| 1301. Required services that you can shop for | | (from GFE #6) | | |
| 1302. | $ | | | |
| 1303. | $ | | | |
| 1304. | $ | | | |
| 1305. | $ | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | 1,006.00 | 1,629.90 |

* Paid outside of closing by borrower(B), seller(S), lender(L), or third-party(T)

## HUD-1 Attachment

**Borrower(s):** Angel Deanna Marie
Millwood
356 Brookshire Drive
Gaffney, SC

**Settlement Agent:** Ronald H. Colvin, Attorney at Law
864-587-6711

**Place of Settlement:** 1208 John B. White Sr. Blvd.
Spartanburg, SC  29306

**Settlement Date:** September 25, 2015

**Property Location:** 15.5 acres on Bancroft Road
Gaffney, SC
F9 County, South Carolina
15.5 acres on Hancroft Road
Gaffney, SC

**Seller(s):** Wayne Sigmon Trustee in and
Bankruptcy for Robert W. Baker
518 S. New Hope Road
Gastonia, NC 28054

| Title Services and Lender's Title Insurance Details | BORROWER | SELLER |
|---|---|---|
| Title Search<br>    to   Cindy Parris | 245.00 | |
| Copy & Courier Fee<br>    to   Ronald H. Colvin, Attorney at Law | 65.00 | |
| Insured Closing Letter Fee<br>    to   Old Republic National Title Insurance Company | 35.00 | |
| Preparation of Deed<br>    to   Ronald H. Colvin, Attorney at Law | | 175.00 |
| Closing Fee<br>    to   Ronald H. Colvin, Attorney at Law | 400.00 | |
| Total | $    745.00 | $    175.00 |

| Owner's Title Insurance | BORROWER | SELLER |
|---|---|---|
| Owner's Policy Premium<br>    to    Old Republic National Title Insurance Company | 100.00 | |
| Total | $    100.00 | $    0.00 |