# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-40244 JCW

**Case Name:** BAKER, ROBERT WAYNE

**Period Ending:** 12/31/15

**Trustee:** (530420)   Sigmon & Henderson, PLLC.

**Filed (f) or Converted (c):** 05/12/14 (f)

**§341(a) Meeting Date:** 06/13/14

**Claims Bar Date:** 09/17/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>By Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | House and lot located at 290 Triple H Lane, Linc | 41,376.50 | 0.00 | | 0.00 | FA | 65,789.00 | 8,482.00 |
| 2 | Debtor owns 2 vacant lots located at Brick House | 40,000.00 | 27,000.00 | | 5.00 | FA | 0.00 | 0.00 |
| 3 | Carolina Trust Bank | 180.00 | 0.00 | | 0.00 | FA | 0.00 | 180.00 |
| 4 | Dresser $35.00 and TV $20.00 | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 50.00 |
| 5 | wrenches and screwdrivers $50.00 | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 50.00 |
| 6 | Debtor's clothing | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 7 | Single Shot shot gun $60.00;  one 22 Rifle $60.0 | 140.00 | 140.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8 | Shot Gun $90.00 | 90.00 | 0.00 | | 0.00 | FA | 0.00 | 90.00 |
| 9 | Packing & Printing, Inc. Retirement Savings Plan | 17,778.66 | 0.00 | | 0.00 | FA | 0.00 | 17,778.66 |
| 10 | Debtor is owed $347.00 for 2013 State Income Tax | 347.00 | 347.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11 | 1987 Ford F150 2D Regualr Cab Lariat Car Max Val | 100.00 | 100.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | 1997 Chevrolet Tahoe 4D Sport Utility with 5.7L | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13 | 1998 Nissan Pathfinder 2 wheel drive with 225,00 | 900.00 | 0.00 | | 0.00 | FA | 0.00 | 900.00 |
| 14 | 2006 Harley Davidson FXDBI Apraisal of $5200 fro | 5,200.00 | 200.00 | | 0.00 | FA | 0.00 | 5,000.00 |
| 15 | Push mover $50.00 | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 0.00 |
| **15** | **Assets**        **Totals** (Excluding unknown values) | **$106,812.16** | **$28,137.00** | | **$5.00** | **$0.00** | **$65,789.00** | **$32,780.66** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-40244 JCW

**Case Name:** BAKER, ROBERT WAYNE

**Period Ending:** 12/31/15

**Trustee:** (530420)   Sigmon & Henderson, PLLC.

**Filed (f) or Converted (c):** 05/12/14 (f)

**§341(a) Meeting Date:** 06/13/14

**Claims Bar Date:** 09/17/14

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Est Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7 Lien Amount | 8 Exempt Amount |
|---|---|---|---|---|---|---|---|

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

OBJECTION TO ONE CLAIM TO BE FILED AND THEN THIS CASE WILL BE READY FOR THE TFR.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2015

**Current Projected Date Of Final Report (TFR):**   March 31, 2016

Copy Served On:
Bankruptcy Administrator

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 14-40244 JCW | | **Trustee:** | Sigmon & Henderson, PLLC. (530420) |
|---|---|---|---|---|
| **Case Name:** | BAKER, ROBERT WAYNE | | **Bank Name:** | UNION BANK |
| | | | **Account:** | ********62 - Checking Account |
| **Taxpayer ID #:** | XX-XXX6240 | | **Blanket Bond:** | $100,000.00  (per case limit) |
| **Period Ending:** | 12/31/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|
| 10/05/15 | | RONALD COLVIN | | 24,020.10 | | 24,020.10 |
| | | Bowers and Assoc. RE | -1,350.00 | | | 24,020.10 |
| | | Metcalf Land Co. | -1,350.00 | | | 24,020.10 |
| | | tax stamps | -99.00 | | | 24,020.10 |
| | | county deed release fees | -5.00 | | | 24,020.10 |
| | | Ronald H. Colvin | -175.00 | | | 24,020.10 |
| | | tax stamps | -0.90 | | | 24,020.10 |
| | | | 27,000.00 | | | 24,020.10 |
| 10/10/15 | 10001 | FEDEX | SHIPPING EXPENSES INVOICE 4-059-60147 | | 20.30 | 23,999.80 |
| 10/20/15 | 10002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM BOND # 016036312 | | 16.75 | 23,983.05 |
| 11/02/15 | | Union Bank | Transfer to Rabobank, N.A. | | 23,983.05 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 24,020.10 | 24,020.10 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 23,983.05 | |
| | **Subtotal** | | **24,020.10** | **37.05** | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$24,020.10** | **$37.05** | |

{} Asset reference(s)

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-40244 JCW | **Trustee:** Sigmon & Henderson, PLLC. (530420) |
| **Case Name:** BAKER, ROBERT WAYNE | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9866 - Checking Account |
| **Taxpayer ID #:** XX-XXX6240 | **Blanket Bond:** $100,000.00  (per case limit) |
| **Period Ending:** 12/31/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|
| 11/02/15 | | Rabobank, N.A. | Transfer from Union Bank | 23,983.05 | | 23,983.05 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 29.89 | 23,953.16 |
| 12/21/15 | {2} | ronald colvin | | 5.00 | | 23,958.16 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 37.90 | 23,920.26 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **23,988.05** | **67.79** | **$23,920.26** |
| Less: Bank Transfers | 23,983.05 | 0.00 | |
| **Subtotal** | **5.00** | **67.79** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5.00** | **$67.79** | |

| **TOTAL - ALL ACCOUNTS** | **Net<br>Receipts** | **Net<br>Disbursements** | **Account<br>Balances** |
|---|---|---|---|
| **Checking # ********62** | **24,020.10** | **37.05** | **0.00** |
| **Checking # ******9866** | **5.00** | **67.79** | **23,920.26** |
| | **$24,025.10** | **$104.84** | **$23,920.26** |

{} Asset reference(s)