UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:

ROBERT WAYNE BAKER                          CASE NO. 14-40244
                                            (Chapter 7)
            Debtor

_____

OBJECTION TO THE CLAIM OF
GREEN TREE SERVICING, LLC

Wayne Sigmon, the duly appointed, qualified and acting Trustee of the Chapter 7 estate of the above named debtor, objects to the claim of Green Tree Servicing, LLC (hereinafter "Green Tree") filed herein and respectfully represents to the Court as follows:

1.   The case of the debtor was commenced by the filing of a voluntary Chapter 7 petition on May 12, 2014 and Wayne Sigmon was appointed the Chapter 7 Trustee.

2.   Green Tree filed in the reports of this Court certain Proofs of Claim indicated as claim number 5 on the Claims Register of the records of this Court indicating that Green Tree is owed by the debtor the sum of $64,008.17.

3.   The Trustee objects to claim number(s) 5 filed by Green Tree for the following reasons:

The subject claim is filed as a claim secured by real property that was not administered in this estate. Therefore, this claim should be totally disallowed.

WHEREFORE, the Trustee respectfully prays the Court that claim number(s) 5 filed herein by Green Tree be treated as set forth in paragraph 3 above; and for such other and further relief as is just and proper.

Dated: _1-12-16_

_____
Wayne Sigmon, Attorney for the Trustee
State Bar # 7318
Sigmon & Henderson PLLC
518 South New Hope Road
Gastonia, North Carolina  28054
(704) 865-6265

## CERTIFICATE OF SERVICE

The undersigned certifies that the pleading or paper to which this Certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service this the ___12___ day of __Ja__ , 2016.

_____
Wayne Sigmon, Attorney

VIA ELECTRONIC NOTIFICATION FROM THE BANKRUPTCY COURT:

Linda Simpson
Bankruptcy Administrator

Deirdre H. Nachamie
Attorney for the Debtor


VIA FIRST CLASS MAIL:

Green Tree Servicing, LLC
P.O. Box 6154
Rapid City, SD 57709-6154

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:
ROBERT WAYNE BAKER                        CASE NO. 14-40244
                                          (Chapter 7)

            Debtor

_____

NOTICE OF OPPORTUNITY FOR HEARING ON
TRUSTEE'S OBJECTION TO CLAIM OF
GREEN TREE SERVICING, LLC


        TAKE NOTICE that the Trustee has filed in this Court an
Objection to the Claim of Green Tree Servicing, LLC a copy of
which accompanies this Notice.

        YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS
CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN
THIS BANKRUPTCY CASE.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY
WISH TO CONSULT ONE.

        TAKE NOTICE FURTHER that if you do not want the Court to
grant the relief requested by the above, or if you want the Court
to consider your views on this matter, then on or before February
12, 2016 you or your attorney must do three (3) things:

    1.   File with the court a written request for a hearing and
         a written response if you desire to file one at:

         Unites States Bankruptcy Court
         Western District of North Carolina
         401 West Trade Street
         Charlotte, NC 28202

        If you mail your response to the court for filing, you must
mail it early enough so the court will **receive** it on or before
the date stated above.

    2.   On or before the date stated above for written
         responses, you must also mail or fax a copy of your
         written request to:

         Wayne Sigmon
         Sigmon & Henderson PLLC
         518 South New Hope Road
         Gastonia, North Carolina  28054
         FAX: 704-874-1300

3.    **Attend the hearing scheduled for February 26, 2016 at 10:30 o'clock a.m.** at the United States Bankruptcy Court, Western District of North Carolina, Shelby Division, Cleveland County Courthouse, 100 Justice Place, Shelby, North Carolina.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

This document may contain nonpublic personal information about the consumer-debtor(s) subject to the restrictions of the Federal Gramm-Leach-Biley Act.  Such information, if any, is only included in this document for matters and things related to the bankruptcy case of these consumer-debtor(s).  You may therefore only use this information in connection with proceedings in this bankruptcy case and for no other purpose.  You may not directly or indirectly disclose or reuse any of the consumer-debtor(s)' nonpublic personal information contained in this document for any other purposes.

Dated: _1-12-16_

_____
WAYNE SIGMON, Attorney for Trustee
Sigmon & Henderson PLLC
518 South New Hope Road
Gastonia, NC  28054
(704) 865-6265

## CERTIFICATE OF SERVICE

The undersigned certifies that the pleading or paper to which this Certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service this the _12_ day of ___Ja___ , 2016.

_____
Wayne Sigmon, Attorney

VIA ELECTRONIC NOTIFICATION FROM THE BANKRUPTCY COURT:

Linda Simpson
Bankruptcy Administrator

Deirdre H. Nachamie
Attorney for the Debtor


VIA FIRST CLASS MAIL:

Green Tree Servicing, LLC
P.O. Box 6154
Rapid City, SD 57709-6154