# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

In re: BAKER, ROBERT WAYNE      §   Case No. 14-40244

                  §

                  §

Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 12, 2014. The undersigned trustee was appointed on May 12, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $    27,005.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 3,016.95 |
| Bank service fees | 100.96 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 23,887.09 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**USBA Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/17/2014 and the deadline for filing governmental claims was 09/17/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,450.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,450.50, for a total compensation of $3,450.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/18/2016                   By: /s/Sigmon & Henderson, PLLC.
                                       Trustee, Bar No.;

_____

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**USBA Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 14-40244

Case Name:   BAKER, ROBERT WAYNE

Period Ending: 02/18/16

Trustee:       (530420)   Sigmon & Henderson, PLLC.

Filed (f) or Converted (c):   05/12/14 (f)

§341(a) Meeting Date:   06/13/14

Claims Bar Date:   09/17/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | House and lot located at 290 Triple H Lane, Linc | 41,376.50 | 0.00 | | 0.00 | FA |
| 2 | Debtor owns 2 vacant lots located at Brick House | 40,000.00 | 27,000.00 | | 27,005.00 | FA |
| 3 | Carolina Trust Bank | 180.00 | 0.00 | | 0.00 | FA |
| 4 | Dresser $35.00 and TV $20.00 | 50.00 | 0.00 | | 0.00 | FA |
| 5 | wrenches and screwdrivers $50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Debtor's clothing | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Single Shot shot gun $60.00;  one 22 Rifle $60.0 | 140.00 | 140.00 | | 0.00 | FA |
| 8 | Shot Gun $90.00 | 90.00 | 0.00 | | 0.00 | FA |
| 9 | Packing & Printing, Inc. Retirement Savings Plan | 17,778.66 | 0.00 | | 0.00 | FA |
| 10 | Debtor is owed $347.00 for 2013 State Income Tax | 347.00 | 347.00 | | 0.00 | FA |
| 11 | 1987 Ford F150 2D Regualr Cab Lariat Car Max Val | 100.00 | 100.00 | | 0.00 | FA |
| 12 | 1997 Chevrolet Tahoe 4D Sport Utility with 5.7L | 300.00 | 300.00 | | 0.00 | FA |
| 13 | 1998 Nissan Pathfinder 2 wheel drive with 225,00 | 900.00 | 0.00 | | 0.00 | FA |
| 14 | 2006 Harley Davidson FXDBI Apraisal of $5200 fro | 5,200.00 | 200.00 | | 0.00 | FA |
| 15 | Push mover $50.00 | 50.00 | 50.00 | | 0.00 | FA |
| 15 | **Assets    Totals** (Excluding unknown values) | **$106,812.16** | **$28,137.00** | | **$27,005.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2015

**Current Projected Date Of Final Report (TFR):**     March 31, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number:   14-40244 | Trustee:   Sigmon & Henderson, PLLC. (530420) |
| Case Name:   BAKER, ROBERT WAYNE | Bank Name:   UNION BANK |
| | Account:   ********62 - Checking Account |
| Taxpayer ID #:   **-***6240 | Blanket Bond:   $5,000,000.00  (per case limit) |
| Period Ending:   02/18/16 | Separate Bond:   N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/15 | | RONALD COLVIN | | | 24,020.10 | | 24,020.10 |
| | | Bowers and Assoc. RE | -1,350.00 | 2500-000 | | | 24,020.10 |
| | | Metcalf Land Co. | -1,350.00 | 2500-000 | | | 24,020.10 |
| | | tax stamps | -99.00 | 2500-000 | | | 24,020.10 |
| | | county deed release fees | -5.00 | 2500-000 | | | 24,020.10 |
| | | Ronald H. Colvin | -175.00 | 2500-000 | | | 24,020.10 |
| | | tax stamps | -0.90 | 2500-000 | | | 24,020.10 |
| | {2} | | 27,000.00 | 1110-000 | | | 24,020.10 |
| 10/10/15 | 10001 | FEDEX | SHIPPING EXPENSES INVOICE 4-059-60147 | 2990-000 | | 20.30 | 23,999.80 |
| 10/20/15 | 10002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM BOND # 016036312 | 2300-000 | | 16.75 | 23,983.05 |
| 11/02/15 | | Union Bank | Transfer to Rabobank, N.A. | 9999-000 | | 23,983.05 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 24,020.10 | 24,020.10 | $0.00 |
| Less: Bank Transfers | 0.00 | 23,983.05 | |
| Subtotal | 24,020.10 | 37.05 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $24,020.10 | $37.05 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 14-40244 |
|---|---|
| Case Name: | BAKER, ROBERT WAYNE |
| Taxpayer ID #: | **-***6240 |
| Period Ending: | 02/18/16 |

| Trustee: | Sigmon & Henderson, PLLC. (530420) |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account: | ******9866 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/02/15 | | Rabobank, N.A. | Transfer from Union Bank | 9999-000 | 23,983.05 | | 23,983.05 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.89 | 23,953.16 |
| 12/21/15 | {2} | ronald colvin | | 1110-000 | 5.00 | | 23,958.16 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.90 | 23,920.26 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.17 | 23,887.09 |

|  |  | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 23,988.05 | 100.96 | $23,887.09 |
| | Less: Bank Transfers | 23,983.05 | 0.00 | |
| | Subtotal | 5.00 | 100.96 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $5.00 | $100.96 | |

| | |
|---|---|
| Net Receipts : | 24,025.10 |
| Plus Gross Adjustments : | 2,979.90 |
| Net Estate : | $27,005.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # *******62 | 24,020.10 | 37.05 | 0.00 |
| Checking # *****9866 | 5.00 | 100.96 | 23,887.09 |
| | $24,025.10 | $138.01 | $23,887.09 |

{} Asset reference(s)

## EXHIBIT C
### ANALYSIS OF CLAIMS REGISTER      Claims Bar Date: September 17, 2014

**Case Number:** 14-40244  
**Debtor Name:** BAKER, ROBERT WAYNE

Page: 1

**Date:** February 18, 2016  
**Time:** 10:40:46 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Sigmon & Henderson, PLLC. 518 New Hope Road Gastonia, NC | Admin Ch. 7 | | $3,450.50 | $0.00 | 3,450.50 |
| 200 | county deed release fees | Admin Ch. 7 | | $5.00 | $5.00 | 0.00 |
| 200 | Ronald H. Colvin | Admin Ch. 7 | | $175.00 | $175.00 | 0.00 |
| 200 | Metcalf Land Co. | Admin Ch. 7 | | $1,350.00 | $1,350.00 | 0.00 |
| 200 | tax stamps | Admin Ch. 7 | | $99.90 | $99.90 | 0.00 |
| 200 | Bowers and Assoc. RE | Admin Ch. 7 | | $1,350.00 | $1,350.00 | 0.00 |
| 200 | SIGMON & HENDERSON PLLC | Admin Ch. 7 | | $2,828.10 | $0.00 | 2,828.10 |
| 200 | EDWARD P. BOWERS | Admin Ch. 7 | | $587.70 | $0.00 | 587.70 |
| 000005 100 | GREEN TREE SERVICING, LLC P.O. BOX 6154 RAPID CITY, SD 57709-6154 | Secured | | $0.00 | $0.00 | 0.00 |
| 000001 610 | CAROLINAS MEDICAL CENTER PO BOX 32861 Charlotte, NC 28232-2861 | Unsecured | (1-1) Account Number (last 4 digits):0229 | $5,527.19 | $0.00 | 5,527.19 |
| 000002 610 | CERASTES, LLC C O WEINSTEIN, PINSON, AND RILEY, PS 2001 WESTERN AVENUE, STE 400 Seattle, WA 98121 | Unsecured | (2-1) Account Number (last 4 digits):3202 | $10,587.72 | $0.00 | 10,587.72 |
| 000003 610 | CAROLINA FEDEARAL CREDIT UNION 1200 E. Church St. Cherryville, NC 28021 | Unsecured | (3-1) Account Number (last 4 digits):2096 | $25,396.69 | $0.00 | 25,396.69 |
| 000004 610 | AMERICAN INFOSOURCE LP AS AGENT FOR DIRECTV, LLC PO Box 51178 Los Angeles, CA 90051-5478 | Unsecured | (4-1) Account Number (last 4 digits):2283 | $191.92 | $0.00 | 191.92 |
| << Totals >> | | | | 51,549.72 | 2,979.90 | 48,569.82 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-40244
Case Name: BAKER, ROBERT WAYNE
Trustee Name: Sigmon & Henderson, PLLC.

**Balance on hand:**                                    $              23,887.09

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | GREEN TREE SERVICING, LLC | 64,008.17 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $              0.00
Remaining balance:                         $              23,887.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Sigmon & Henderson, PLLC. | 3,450.50 | 0.00 | 3,450.50 |
| Attorney for Trustee, Fees - SIGMON & HENDERSON PLLC | 2,828.10 | 0.00 | 2,828.10 |
| Accountant for Trustee, Fees - EDWARD P. BOWERS | 587.70 | 0.00 | 587.70 |
| Other Expenses: Bowers and Assoc. RE | 1,350.00 | 1,350.00 | 0.00 |
| Other Expenses: Metcalf Land Co. | 1,350.00 | 1,350.00 | 0.00 |
| Other Expenses: Ronald H. Colvin | 175.00 | 175.00 | 0.00 |
| Other Expenses: county deed release fees | 5.00 | 5.00 | 0.00 |
| Other Expenses: tax stamps | 99.90 | 99.90 | 0.00 |

Total to be paid for chapter 7 administration expenses:     $              6,866.30
Remaining balance:                                          $              17,020.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $              0.00
Remaining balance:                                             $              17,020.79

**USBA Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| None     |          |                         |                          |                  |

Total to be paid for priority claims:  $           0.00

Remaining balance:  $      17,020.79

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,703.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 000001 | CAROLINAS MEDICAL CENTER | 5,527.19 | 0.00 | 2,255.86 |
| 000002 | CERASTES, LLC | 10,587.72 | 0.00 | 4,321.25 |
| 000003 | CAROLINA FEDEARAL CREDIT UNION | 25,396.69 | 0.00 | 10,365.35 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | 191.92 | 0.00 | 78.33 |

Total to be paid for timely general unsecured claims:  $      17,020.79

Remaining balance:  $           0.00

USBA Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $ 0.00

Remaining balance:   $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance:   $ 0.00

**USBA Form 101-7-TFR (05/1/2011)**

## CERTIFICATE OF SERVICE

The undersigned certifies that the pleading or paper to which this Certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service this the _12_ day of __April__ , 20_16_ .

_____
Wayne Sigmon, Attorney

VIA ECF:

Bankruptcy Administrator
402 West Trade Street #200
Charlotte, NC  28202-1627

Deirdre Nachamie
Attorney for the Debtor

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

In re: BAKER, ROBERT WAYNE § Case No. 14-40244-JCW
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
Sigmon & Henderson, PLLC,_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
401 West Trade Street
Charlotte, NC 28202

If any party desires to object to the closing of this estate as set forth above, and the
disbursements as set forth above that such objecting party must file a written objection with the
Court within thirty (30) days from the date of this Notice. A copy of the objection must be
served upon the trustee at the address stated below and upon other parties as required by law or
Court Order. Any response shall clearly identify the specific motion to which the response is
directed and it shall comply fully with Local Bankruptcy Rule 310(a)(8).

If no such written objection(s) are filed within thirty (30) days, no hearing will be held and
the Court will rule upon the Trustee's Final Report and Motions based on the record before it. If
an objection is timely filed and served, the Court will conduct a hearing on May 27, 2016 at
10:30 a.m. at the United States Bankruptcy Court, Western District of North Carolina, Shelby
Division, Cleveland County Courthouse, 100 Justice Place, Shelby, North Carolina. No further
notice will be given.

**USBA Form 101-7-NFR (10/1/2010)**

Date Mailed: ~~04/17/2016~~ **4/12/16**

By: /s/ Sigmon & Henderson PLLC
Trustee, Bar No.:

Sigmon & Henderson, PLLC.
518 New Hope Road
Gastonia, NC
(704) 865-6265
wsigmon@siglawfirm.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

In re: BAKER, ROBERT WAYNE                            §      Case No. 14-40244-JCW
                                                      §
                                                      §
                                                      §
Debtor(s)                                             §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*              $_____27,005.00

*and approved disbursements of*                   $_____3,117.91

*leaving a balance on hand of* [1]                $_____23,887.09

**Balance on hand:**                          $_____23,887.09

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | GREEN TREE SERVICING, LLC | 64,008.17 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $_____0.00
Remaining balance:   $_____23,887.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Sigmon & Henderson, PLLC. | 3,450.50 | 0.00 | 3,450.50 |
| Attorney for Trustee, Fees - SIGMON & HENDERSON PLLC | 2,828.10 | 0.00 | 2,828.10 |
| Accountant for Trustee, Fees - EDWARD P. BOWERS | 587.70 | 0.00 | 587.70 |
| Other Expenses: Bowers and Assoc. RE | 1,350.00 | 1,350.00 | 0.00 |
| Other Expenses: Metcalf Land Co. | 1,350.00 | 1,350.00 | 0.00 |
| Other Expenses: Ronald H. Colvin | 175.00 | 175.00 | 0.00 |
| Other Expenses: county deed release fees | 5.00 | 5.00 | 0.00 |
| Other Expenses: tax stamps | 99.90 | 99.90 | 0.00 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**USBA Form 101-7-NFR (10/1/2010)**

Total to be paid for chapter 7 administration expenses: $ 6,866.30

Remaining balance: $ 17,020.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 17,020.79

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 17,020.79

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,703.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CAROLINAS MEDICAL CENTER | 5,527.19 | 0.00 | 2,255.86 |
| 000002 | CERASTES, LLC | 10,587.72 | 0.00 | 4,321.25 |
| 000003 | CAROLINA FEDEARAL CREDIT UNION | 25,396.69 | 0.00 | 10,365.35 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | 191.92 | 0.00 | 78.33 |

Total to be paid for timely general unsecured claims: $ 17,020.79

Remaining balance: $ 0.00

**USBA Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|-------------------------|------------------|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|-------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By: /s/Sigmon & Henderson, PLLC.

Trustee, Bar No.:

Sigmon & Henderson, PLLC.
518 New Hope Road
Gastonia, NC
(704) 865-6265
wsigmon@siglawfirm.com

USBA Form 101-7-NFR (10/1/2010)

## CERTIFICATE OF SERVICE

The undersigned certifies that the pleading or paper to which this Certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service this the _12_ day of _April_, 20_16_.

_____
Wayne Sigmon, Attorney

TO ALL ON THE MAILING MATRIX AND:

VIA ECF:

Bankruptcy Administrator
402 West Trade Street #200
Charlotte, NC  28202-1627

Deirdre Nachamie
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:

Robert Wayne Baker                                    }   Case No.: 14-40244
                                                      }
                                                      }   Chapter 7
                                                      }
                                                      }
                        Debtor                        }

## BANKRUPTCY ADMINISTRATOR'S STATEMENT OF POSITION REGARDING TRUSTEE'S FINAL REPORT AND PROPOSED DISTRIBUTION

1. Section 317(b) of Title III of the Judicial Improvements Act of 1990 gives the Bankruptcy Administrator standing to appear in cases filed under title 11 of the United States Code. This Bankruptcy Administrator's Statement of Position Regarding Trustee's Final Report and Proposed Distribution is filed pursuant to that authority.

2. The Office of the Bankruptcy Administrator has reviewed the Trustee's Final Report and Proposed Distribution submitted by Sigmon & Henderson, PLLC, Trustee in the above captioned Chapter 7 case, and subject to the proper filing and noticing of the Trustee's Final Report and Proposed Distribution as well as all applications submitted to the Office of the Bankruptcy Administrator for review, the Office of the Bankruptcy Administrator has found no basis upon which to raise any objection.

Date: April 5, 2016

Linda W. Simpson /apk

Linda W. Simpson
U.S. Bankruptcy Administrator
NC State Bar #12596
402 West Trade Street, Suite 200
Charlotte, NC 28202-1669
Telephone: (704) 350-7587
Telecopier: (704) 344-6666