UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:

ROBERT WAYNE BAKER                          CASE NO. 14-40244
                                                 (Chapter 7)

        DEBTOR.

_____

REPORT OF TRUSTEE UNDER RULE 3011
AND APPLICATION FOR DISCHARGE OF TRUSTEE

        The undersigned Trustee of the above-referenced estate, Wayne Sigmon, having filed his Final Report and Account herein, and the same having been heretofore approved, hereby reports that all checks issued by him as Trustee have been cashed by the bank upon which drawn,

        EXCEPT the following check(s) which have remained uncashed for ninety (90) days after the date of the distribution of the final dividend herein:

| CHECK # | NAME/ADDRESS | AMOUNT |
|---------|--------------|--------|
| 104 | CAROLINAS MEDICAL CTR.<br>POB 32861<br>CHARLOTTE, NC 28232-2861 | $2255.86 |

and that as to the money represented by said check(s), he has complied with the provisions of 11 U.S.C. §347, and

        The Trustee further reports that all canceled checks and bank statements of the bank accounts used in the administration of this estate are filed with the Bankruptcy Administrator herewith, and that the disbursements as contained in this Court's Order approving the Trustee's Final Report and Account.

        **WHEREFORE**, the Trustee prays that he be discharged of his trust, and that his bond be canceled.

Dated  9-26-16

Wayne Sigmon, Attorney for the Trustee
State Bar # 7318
Sigmon & Henderson PLLC
518 South New Hope Road
Gastonia, North Carolina   28054
(704) 865-6265

## CERTIFICATE OF SERVICE

The undersigned certifies that the pleading or paper to which this Certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service this the 26 day of Sept , 20 16 .

Wayne Sigmon, Attorney

VIA ELECTRONIC NOTIFICATION FROM THE BANKRUPTCY COURT:

Bankruptcy Administrator
402 West Trade Street #200
Charlotte, NC   28202-1627