

FILED & JUDGMENT ENTERED
Steven T. Salata

September  28  2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE:  **Robert Wayne Baker**

Case No: 14-40244 - JCW
Chapter  7

Debtor(s)

# ORDER TO DEPOSIT FUNDS WITH THE COURT

**THIS CAUSE** coming on to be heard and being heard before the undersigned United States Bankruptcy Judge, and it appearing that there is now $2255.86 in the trustee's account which was disbursed to claimants listed below at the addresses listed below; however, the checks having been returned to the trustee unpaid with no explanation, and it being in the best interest of the estate for this amount to be paid into the court pursuant to 28 U.S.C. § 2042;

| Claimant Names & Addresses | Amount |
|---|---|
| Carolinas Medical Ctr<br>POB 32861<br>Charlotte NC 28232-2861 | $2255.86 |

It is therefore, **ORDERED** that the sum of $ 2255.86, representing funds unclaimed by the above referenced claimants, be paid into the court and disposed of pursuant to 28 U.S.C. § 2042.

**This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**