**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert Wayne Baker** | Social Security number or ITIN   **xxx–xx–0356** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Western District of North Carolina**

Case number:   **14–40244**

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- ♦ Sigmon & Henderson, PLLC is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- ♦ The chapter 7 case of the above named debtor is closed.

Dated: January 25, 2017
BY THE COURT

J. Craig Whitley

United States Bankruptcy Judge

Electronically filed and signed (1/25/17)